No. 88–1055.  YEAUGER *v.* UNITED STATES.  Ct. Mil. App. Certiorari denied.

No. 88–1072.  TENNESSEE ET AL. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 88–1119.  MESSIAH BAPTIST CHURCH ET AL. *v.* JEFFERSON COUNTY, COLORADO, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 88–1144.  PENTHOUSE INTERNATIONAL, LTD., ET AL. *v.* DOMINION FEDERAL SAVINGS & LOAN ASSN. ET AL.; and
No. 88–1339.  DOMINION FEDERAL SAVINGS & LOAN ASSN. *v.* PENTHOUSE INTERNATIONAL, LTD., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 88–1160.  CORNELIUS, PERSONAL REPRESENTATIVE OF THE ESTATE OF MCDONALD *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 8th Cir.  Certiorari denied.

No. 88–1161.  DORNHOFER *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 88–1166.  LOWE *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 88–1170.  BOISE-KUNA IRRIGATION DISTRICT ET AL. *v.* UNITED STATES ET AL.  Sup. Ct. Idaho.  Certiorari denied.

No. 88–1173.  PENDLEY, ADMINISTRATOR OF THE ESTATE OF CASSUTT *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 88–1187.  WINKLER ET AL. *v.* SPINNATO, COMMISSIONER OF THE FIRE DEPARTMENT OF THE CITY OF NEW YORK, ET AL. Ct. App. N. Y.  Certiorari denied.

No. 88–1253.  BUSACCA *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 88–1310.  BRENT *v.* NATIONAL RAILROAD PASSENGER CORPORATION, DBA AMTRAK, ET AL.  C. A. 5th Cir.  Certiorari denied.